United States District Court
Southern District of Texas
**ENTERED**
June 11, 2020
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 16-2849 |
| v. | § | |
| | § | |
| JYOTI AMERICAS LLC, *et al.*, | § | |
| Defendants. | § | |

## ORDER

By Order [Doc. # 28] entered September 22, 2017, this case was stayed and administratively closed pending the conclusion of Defendant Jyoti Americas LLC's Chapter 7 Bankruptcy proceeding. Plaintiff's counsel was directed to file written status reports every ninety (90) days until the bankruptcy case is completed and the case is reinstated on the Court's active docket. No status report has been filed since July 23, 2018. It is hereby

**ORDERED** that Plaintiff's counsel shall file a written status report by **June 25, 2020**.

SIGNED at Houston, Texas, this **11th** day of **June, 2020**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

P:\ORDERS\11-2016\2849FileStatus.wpd   200611.1120